Maria Auqui, as Guardian of the Property of Jose Verdugo, et al., Respondents, v Seven Thirty One Limited Partnership et al., Appellants.

Submitted April 1, 2013; decided June 27, 2013

Motion by New York Communities for Change for leave to appear amicus curiae on the motions for reargument herein granted and the affirmation and brief are accepted as filed [*see* 20 NY3d 1035 (2013)].

Judges Rivera and Abdus-Salaam taking no part.

Luis Casas, Appellant, v Consolidated Edison Company of New York, Inc., Respondent.

Submitted May 13, 2013; decided June 27, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Chief Judge Lippman taking no part.

Elizabeth Cioffi-Petrakis, Respondent, v Panagiotis Petrakis, Appellant.

Submitted June 3, 2013; decided June 27, 2013

Motion by the American Academy of Matrimonial Lawyers for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affirmation is accepted as filed.